```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

GUY CLAYTON BARNES                                              PLAINTIFF

v.                         Case no. 12-2116

SERGEANT NAPHIER, Fort Smith Police
Department; CHIEF KEVIN D. LINDSEY;
and DETECTIVE ERIC FAIRLESS                                    DEFENDANTS

### ORDER

Now on this 7th day of May, 2015, there comes on for consideration the report and recommendation (Doc. 42) filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, in regard to a motion for dismissal of complaint to allow for refiling (Doc. 41) filed by Plaintiff. Also before the Court are Plaintiff's objections (Doc. 43).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's post-appeal motion is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge